# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00505-CV

**Knot Anymore, LLC, Appellant**

**v.**

**Cyn Rod, Appellee**

## FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
## NO. C-1-CV-18-011897, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Knot Anymore, LLC has filed an unopposed motion to dismiss this appeal, citing Texas Rule of Appellate Procedure 42.1(a)(1). Appellant states that the parties have reached a settlement agreement. However, rather than requesting merely that we dismiss the appeal or affirm the appealed judgment, as provided by Rule 42.1(a)(1), appellant requests that this Court remand the case to the trial court for entry of judgment consistent with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). Accordingly, we grant appellant's motion in part. We set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement.[1] *See id.*

---

[1] Appellant also requests that this Court dismiss the appeal. However, the appeal is disposed of by this Court's opinion and judgment vacating the trial court's judgment and remanding the cause to the trial court. This Court may dismiss an appeal pursuant to an

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Baker and Triana

Vacated and Remanded

Filed:   January 15, 2020

---

agreement of the parties, but we are not permitted to dismiss and remand for further proceedings. *Compare* Tex. R. App. P. 43.2(e), (f) (court of appeals may "(e) vacate the trial court's judgment and dismiss the case; or (f) dismiss the appeal") *with id.* R. 42.1(a)(2)(B).